■   TERRY D. HILLIARD, Appellant, v HIGHLAND HOSPITAL, Respondent, et al., Defendants. (Appeal No. 2.) [930 NYS2d 528]—

Same memorandum as in *Hilliard v Highland Hosp.* (88 AD3d 1291 [2011]). Present—Centra, J.P., Fahey, Sconiers, Green and Martoche, JJ.